AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF

RHODE ISLAND

Michael E. Monson
Plaintiff

V.

ASML MaskTools, Inc.
Defendant

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CA 05 005 S

TO: (Name and Address of Defendant)

ASML MaskTools, Inc.
4800 Great American Parkway, Suite 400
Santa Clara, California

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

January 7, 2005

DATE

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): I, David T. Barton, Esquire, Attorney for defendant, ASML MaskTools, Inc., hereby accept service of this Summons and a copy of the Verified Complaint on behalf of ASML MaskTools, Inc.

01/18/05

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ ______
*Date* *Signature of Server*

______
*Address of Server*

FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.