UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MICHAEL E. MONSON**
**Plaintiff**

**vs.** **C.A. NO. 05–005-S**

**ASML MASKTOOLS, INC.**
**Defendant**

**STIPULATION EXTENDING TIME WITHIN WHICH PLAINTIFF MUST FILE ITS REPLY TO DEFENDANT'S COUNTERCLAIM**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between plaintiff, Michael E. Monson and defendant, ASML Masktools, Inc. that the time within which plaintiff must file its Reply to Defendant's Counterclaim be and hereby is extended through and including Friday, March 11, 2005.

Michael E. Monson

By his Attorneys,

Stephen J. Reid Jr. (KAP)

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

ASML Masktools, Inc.

By its Attorneys,

Stacey P. Nakasian

Stacey P. Nakasian, Esq. #5069
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (fax)

Dated: February 18, 2005

ENTER WESm
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 2/23/05

6