UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MICHAEL E. MONSON** : | |
| **Plaintiff** : | |
| **v.** : | **C.A. No: 05-CV-5 S** |
| **ASML MASKTOOLS, INC.** : | |
| **Defendant** : | |

FILED
FEB 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant ASML MaskTools, Inc. hereby moves that David Thorpe Barton, Esq. be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below. As grounds for this Motion, Defendant states that it has a long-standing attorney-client relationship with *pro hac vice* counsel and their firm. In addition, it is anticipated that this case will require discovery in foreign jurisdictions convenient to *pro hac vice* counsel, including California and Arizona.

ASML MASKTOOLS, INC.

By Its Attorneys,

Stacey P. Nakasian, Esq. (#5069)
Ralph N. Gaboury, Esq. (#6638)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)

Dated: February 11, 2005

8

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February, 2005, I mailed a copy of the within *Motion for Entry of Appearance Pro Hac Vice* via First Class Mail to the following:

Stephen J. Reid, Jr.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED FEB 14 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

FILED FEB 11 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **MICHAEL E. MONSON** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. No. 05-CV-5 S** |
| **ASML MASKTOOLS, INC.** | : | |
| **Defendant** | : | |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

1. I certify that I am a member in good standing of the bar of the State of Arizona and the Federal District Court for the District of Arizona, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

David Thorpe Barton, Esq.
Quarles & Brady Streich Lang LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004
602-229-5200
602-229-5690-Fax

Local Associate Counsel:
Stacey P. Nakasian, Esq. (#5069)
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

**ORDER:**

**This motion is hereby** Granted.

U.S. District Judge

Dated: 3/1/05