Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200
FACSIMILE 602.229.5690

Attorneys for Plaintiff
David T. Barton
Luis F. Ramirez

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MICHAEL E. MONSON**<br><br>**Plaintiff and Defendant-In-Counterclaim,**<br><br>**vs.**<br><br>**ASML MASKTOOLS, INC.,**<br><br>**Defendant and Plaintiff-In-Counterclaim** | **C.A. NO. 05-005-S** |

**NOTICE OF DEPOSITION OF MICHAEL E. MONSON**

YOU ARE HEREBY NOTIFIED that, pursuant to Fed. R. Civ. P. 26 and 30, the deposition will be taken upon oral examination of the person whose name is shown below, at the time and place set forth below, before an officer authorized by law to administer oaths.

| | |
|---|---|
| PERSON TO BE EXAMINED: | **Michael E. Monson** |
| DATE AND TIME OF DEPOSITION: | **Friday, 20 May 2005 at 1:00 p.m.** |
| PLACE OF DEPOSITION: | **Offices of**<br>**Hoge, Fenton, Jones & Appel, Inc.**<br>**60 South Market Street, Suite 1400**<br>**San Jose, California 95113-2396** |

11

TYPE OF RECORDATION: **Stenographic**

DATED this 12th day of May, 2005.

QUARLES & BRADY STREICH LANG LLP

By [signature]
David T. Barton
Luis F. Ramirez,
Attorneys for Defendant ASML US, Inc.

**ORIGINAL** of the foregoing mailed to the Clerk of the United States District Court For The District Of Rhode Island and **COPIES** mailed this 12th day of May, 2005, to:

Stephen J. Reid, Jr.
Blish & Cavanagh LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903-1765

Stacey P. Nakasian, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, Rhode Island 02903

Vivian Hurst
Advantage Reporting Services, LLC
1083 Lincoln Avenue
San Jose, CA 95125