UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL E. MONSON
Plaintiff and
Defendant-In-Counterclaim

vs. C.A. NO. 05–005-S

ASML MASKTOOLS, INC.
Defendant and
Plaintiff-In-Counterclaim

To: Stacey P. Nakasian,Esq.
Ralph N. Gaboury, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

David T. Barton, Esq.
Luis F. Ramirez, Esq.
Quarles & Brady Streich Lang, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004

Please take notice that defendant and plaintiff-in-counterclaim, Michael E. Monson, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Dinesh Bettadapur, Vice President of Sales of ASML Mask Tools, Inc., under oath, before a notary public or some other duly authorized person, on Wednesday, June 1, 2005 at 10:30 a.m., at the offices of Hoge, Trenton, Jones & Appel, Inc., 60 South Market Street, Suite 1400, San Jose, California 95113-2396.

You are invited to attend said deposition and take part therein.

Michael E. Monson

By his Attorneys,

Stephen J. Reid, Jr.

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: May 20, 2005

13

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May, 2005, I caused the foregoing Notice To Take Deposition to be mailed to:

Stacey P. Nakasian, Esq.
Ralph N. Gaboury, Esq.
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

David Thorpe Barton, Esq.
Luis F. Ramirez, Esq.
Quarles & Brady Streich Lang, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004

Vivian Hurst
Advantage Reporting Services, LLC
1083 Lincoln Avenue
San Jose, CA 95125

Stephen J. Lewis, Jr.