UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL E. MONSON
Plaintiff and
Defendant-In-Counterclaim

vs. C.A. NO. 05-005-S

ASML MASKTOOLS, INC.
Defendant and
Plaintiff-In-Counterclaim

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between plaintiff and defendant-in-counterclaim, Michael E. Monson, and defendant and plaintiff-in-counterclaim, ASML MaskTools, Inc., that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled action be and hereby is dismissed, in its entirety, with prejudice, each party to be responsible for his and/or its own respective attorneys' fees, costs, and expenses.

Michael E. Monson

By his Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

ASML MaskTools, Inc.

By its Attorneys,

Stacey P. Nakasian #5069
Ralph N. Gaboury #6638
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (fax)

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/8/05

David T. Barton

David T. Barton
Luis F. Ramirez
Quarles & Brady Streich Lang, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391
(602) 229-5200
(602) 229-5690 (fax)

Dated: June 30, 2005